UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4937 ABC (RCx) | Date | January 12, 2009 |
|---|---|---|---|
| Title | L.A. Printex Indus., Inc. v. Clothing for Modern Times, Ltd. | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge | |
|---|---|---|
| Daphne Alex | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**   ORDER TO SHOW CAUSE (In Chambers)


    On December 2, 2008, the Court dismissed all remaining defendants but gave plaintiff leave to file a first amended complaint against additional parties.  (Docket No. 24.)  It has now been over one month since leave was granted, but no first amended complaint has been filed.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute.  Plaintiff's failure to respond to this order, or failure to file a first amended complaint, by **January 26, 2009** will result in dismissal of this action.

    IT IS SO ORDERED.


|  | :   |
|---|---|
| Initials of Preparer | DA |